IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03112-BNB

ROBERT M. MCREYNOLDS,

    Plaintiff,

v.

ALBERTSON'S,

    Defendant.

---

## ORDER DRAWING CASE

---

Mr. McReynolds, who is incarcerated in the Colorado Department of Corrections, initiated this action by filing a Title VII Complaint. He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 and has paid an initial partial filing fee.

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 11, 2013, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge